## HATFIELD v. STATE.
### No. 23163.

Court of Criminal Appeals of Texas.
June 13, 1945.

Jim H. Letts, of Houston, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction is for aggravated assault; punishment assessed is six months confinement in the county jail.

The record is before us without statement of facts or bills of exceptions. Nothing is presented for review.

The judgment is affirmed.